IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM JEROME TONEY,<br><br>　　　　　　Defendant. | Case No. 3:02-CR-00085-JKS<br><br><br>O R D E R |

　　　　William Toney brings this action pursuant to 28 U.S.C. § 2255 seeking resentencing. Toney's argument is predicated on the assertion that recent decisions of the United States Supreme Court require resentencing in his case. The Ninth Circuit has held that those cases cannot apply retroactively and afford no relief to someone whose judgment of conviction was final before the cases were decided. *See e.g.*, *United States v. Cruz*, 423 F.3d 1119 (9th Cir. 2005).

　　**IT IS THEREFORE ORDERED**:

　　Toney's petition pursuant to 28 U.S.C. § 2255 at **Docket No. 43** is **DENIED**. The Clerk shall enter judgment dismissing this case. The Court will not grant a certificate of appealability since the issue is foreclosed by controlling authority.

　　Dated at Anchorage, Alaska, this 5th day of June 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge