IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>WILLIAM JEROME TONEY,<br><br>                  Defendant. | Case No. 3:02-CR-00085-JKS<br>3:05-CV-00019-JKS<br><br>**JUDGMENT<br>IN A § 2255 CASE** |

   \_\_\_   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's application for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DISMISSED**. A certificate of appealability will not be granted, since the petition is foreclosed by controlling authority.

APPROVED:

/s/ James K. Singleton, Jr.
    **JAMES K. SINGLETON, JR.**
     United States District Judge

| | |
|---|---|
| June 5, 2006 | IDA ROMACK |
| Date | Clerk |
| | |
| | DAN MAUS |
| | (By) Deputy Clerk |