NELSON P. COHEN
United States Attorney

JOHN NOVAK
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | Case No. 3:02-cr-00085-JKS |
|---|---|---|
| WILLIAM TONEY, | ) ) ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) ) ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

WILLIAM TONEY, who is imprisoned by the State of Alaska Department of Corrections, at the Anchorage Correctional Complex East in Anchorage, Alaska, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. William Toney</u>, Case No. 3:02-cr-00085-JKS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the arraignment/initial appearance hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

NELSON P. COHEN
United States Attorney

DATED: March 13, 2007

JOHN NOVAK
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov