LODGED
MAR 1 3 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>WILLIAM TONEY,<br><br>On Writ of Habeas Corpus | ) Case No. 3:02-cr-00085-JKS<br>) PROPOSED<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM<br>)<br>) |

On the Petition of John Novak, Assistant United States Attorney,

IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring WILLIAM TONEY, now being held at Anchorage Correctional Center EAST, Anchorage, Alaska, before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. William Toney, Case No.3:02-cr-00085-JKS, for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this _____ day of March, 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE