NELSON P. COHEN
United States Attorney

JOHN NOVAK
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00085-JKS |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| WILLIAM TONEY, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through John Novak, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.  The government requests that the

Court no longer serve pleadings in the above-captioned case on AUSA Kevin Feldis, now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following addresss:

JOHN NOVAK
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

RESPECTFULLY SUBMITTED on March 21, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ John Novak
Alaska Bar # 8511184
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 21, 2007
a copy of the foregoing was served
on Richard Curtner by electronic notice

  s/ John Novak

U.S. v. William Toney
3:02-cr-00085-JKS