

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska　99513-7568

Date:　March 22, 2007

To:　U.S. District Court
　　　U.S. Attorney
　　　U.S. Probation
　　　Federal Public Defender

From:　Randy M. Johnson
　　　　United States Marshal
　　　　District of Alaska

Reference:　***NOTICE OF AVAILABILITY***

NAME:　　　　　　　　William Toney

DATE OF BIRTH:

CASE NUMBER:　　　　3:02CR00085JKS

PLACE HELD:　　　　　ACC-WEST

REMARKS:　Subject is in district and can be made available once court has been set.

If necessary, please call David Long at (907) 271-5700 in regards to this notice. Thank you.