MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIAM J. TONEY           CASE NO. 3:02-cr-00085-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       APRIL KARPER

UNITED STATES ATTORNEY:      CHRISTINE THORESON FOR JOHN NOVAK

DEFENDANT'S ATTORNEY:        KEVIN MCCOY

U.S.P.O.:                    ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 51) AND SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE (DKT 52) HELD MARCH 27, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:37 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release and Supplemental Petition to Revoke Supervised Release given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: William Jerome Toney.

 X Financial Affidavit **FILED**.

 X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1 thru 4 of the Petition to Revoke Supervised Release and allegation 5 of the Supplemental Petition to Revoke Supervised Release.

 X Matter to be referred to U.S. District Judge for:
    X  Evidentiary Hearing; parties requested hearing be set after April 9, 2007.

 X Detention uncontested; defendant detained.

 X Order of Detention Pending Trial **FILED**.

At 3:48 p.m. court adjourned.

DATE:     March 27, 2007        DEPUTY CLERK'S INITIALS:   amk