Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:02-cr-00085-JKS |
|---|---|
| Plaintiff, | |
| vs. | **MR. TONEY'S DISPOSITION MEMORANDUM** |
| WILLIAM JEROME TONEY, | |
| Defendant. | |

     WILLIAM JEROME TONEY submits this memorandum to assist the court at the May 17, 2007, disposition of his case.

     Mr. Toney intends to admit to Violation Number 5 in the Petition to Revoke Supervised Release filed on August 10, 2006, at Docket No. 52.  Mr. Toney expects that the government will dismiss alleged Violations 1 through 4.  Mr. Toney will be requesting that the hearing scheduled for May 17, 2007, be considered as a disposition hearing.

     Mr. Toney was released on supervised release on June 1, 2006.  Mr. Toney served the last five months of his original sentence at the Cordova Center prior to

beginning his term of supervised release. Mr. Toney had enrolled in a training program through the University of Alaska Anchorage in aviation maintenance at Merrill Field, while he was at the Cordova Center.

Mr. Toney was in a serious traffic accident on June 12, 2006, and had to leave the aviation maintenance program. Mr. Toney was a pedestrian and was struck by a motorcycle, and spent a week in the hospital.

Mr. Toney was then arrested on July 1, 2006. He was originally charged with Misconduct Involving a Controlled Substance in the Third Degree and Assault in the Second Degree. Mr. Toney entered a guilty plea to Misconduct Involving a Controlled Substance in the Fourth Degree, the basis for Violation Number 5, and was sentenced in state court to serve a "flat sentence" of 18 months. Mr. Toney will have completed that sentence on July 1, 2007.

The policy statement of the advisory sentencing guidelines for this type of violation of supervised release is 18 to 24 months. Mr. Toney is serving an 18-month sentence for the conduct alleged in the petition to revoke.

Mr. Toney was doing well while at the Cordova Center and in his vocational training program before his traffic accident. He requests the opportunity to reenter the training program and to begin service of his term of supervised release.

Mr. Toney respectfully requests that this court continue his term of supervision with a condition that Mr. Toney reside at the Cordova Center for an additional six months.

DATED this 10th day of May 2007.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on May 10, 2007,
a copy of **Mr. Toney's
Disposition Memorandum**
was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner