NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907)271-5071
Fax: (907)271-1500
Email: john.novak@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00085-JKS |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **ADJUDICATION** |
| vs. | ) | **MEMORANDUM** |
| | ) | |
| WILLIAM JEROME TONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through Special Assistant United States Attorney John J. Novak, and hereby files this memorandum in light of the "disposition" memorandum filed by Defendant.

First, the United States is not willing to convert the May 17, 2007, hearing into a disposition hearing. The United States will be asserting its entitlement to an updated pre-sentence report and sufficient time to make a considered recommendation to the court. (It appears Defendant may be nearing completion of his 18 month state court sentence for his most recent convictions for the class C felony offense of misconduct involving a controlled substance in the fourth degree (allegations 2 and 5 of the petition) and class A misdemeanor offense of assault in the fourth degree (allegations 1 and 3 of the petition). It also appears Defendant is seeking to have no sanction imposed in this case, i.e., a sentence wholly concurrent to his now nearly completed state sentence.

Second, the disposition defendant seeks is precluded by Sentencing Guideline 7B1.3(f). (It also appears to be barred by Sentencing Guideline 5G1.3 since the state sentence will be discharged by the date of disposition.) The disposition Defendant seeks finally is contrary to Alaska Statutes 12.55.127(a) that mandates a sentence on new criminal offense be run wholly consecutive to a sentence imposed on petition to revoke, even if the petition solely is based upon the new offense.

If Defendant continues to deny the allegations of the petition at the May 17, 2007 hearing, the United States will provide the court copies of the state

charging documents and judgements to establish allegations 1, 2, 3 and 5.   The United States also will be prepared to have the probation officer testify to establish Defendant's positive urinalysis and admission of drug use, allegation 4 of the petition.

RESPECTFULLY SUBMITTED this 11th  day of May, 2007, in Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                      s/ John J. Novak
                                      JOHN J. NOVAK
                                      Special Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 W. 7th Avenue, #9, Room 253
                                      Anchorage, Alaska 99513-7567
                                      Tel.:  (907)271-5071
                                      Fax:  (907)-271-1500
                                      Email: john.novak@usdoj.gov
                                      Alaska Bar # 8511184

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11,2007,
a copy of the foregoing **UNITED STATES'
ADJUDICATION MEMO**, was served,
via Electronic Filing, on:

**Rich Curtner**
Federal Public Defender

s/ John J. Novak