```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.   WILLIAM J. TONEY         CASE NO. 3:02-CR-00085-JKS
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       ERIN WHITE

DEFENDANT'S ATTORNEY:          RICHARD CURTNER

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY/DISPOSITION HEARING RE AMENDED PETITION
             TO REVOKE SUPERVISED RELEASE (DKT 64) (EVIDENTIARY
             HEARING RE PETITION AND SUPPLEMENTAL PETITION TO
             REVOKE SUPERVISED RELEASE AT DKTS 51 AND 52 WITH
             DISPOSITION HEARING TO FOLLOW) HELD 5/17/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re parties' stipulation re Amended Petition to Revoke Supervised Release (Dkt 64) to substitute for previous Petition and Supplemental Petition to Revoke Supervised Release (Dkts 51 and 52).

Petition and Supplemental Petition to Revoke Supervised Release (Dkts 51 and 52) **DISMISSED.**

Defendant waived to evidentiary hearing.

Defendant **ADMITTED** allegations 1, 2, 3 and 4 of the Amended Petition to Revoke Supervised Release (Dkt 64).

Court found defendant in violation of supervised release.

At 9:17 a.m. court recessed until 9:27 a.m.

Arguments heard re sentence imposed to run consecutive or concurrent to State case.

                       Continue To Page 2


DATE:      May 17, 2007          DEPUTY CLERK'S INITIALS:    SCL

```
                  Continuation - Page 2
                U.S.A. vs. William J. Toney
                     3:02-cr-00085-JKS
            Evidentiary Hearing / Disposition Hearing
                      May 17, 2007
----------------------------------------------------------------
```

Supervised release revoked.

Defendant imprisoned for a period of 24 months with no supervised release to follow on the Amended Petition to Revoke Supervised Release (Dkt 64) to be served consecutively to the State case 3AN-06-6913CR.

Defendant remanded to the custody of the U.S. Marshal.


At 9:54 a.m. court adjourned.




DATE:       May 17, 2007       DEPUTY CLERK'S INITIALS:    SCL