AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED MAY 23 2007**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.

WILLIAM J. TONEY

**WARRANT FOR ARREST**

CASE NUMBER: A02-0085 CR (JKS)

USMS -- D/ALASKA -- WARRANTS
FID # 477197
WARRANT # 02DC-0924-0804-J
Entered NCIC _NC_
Entered APSIN _NC_

Removed NCIC
Removed APSIN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIAM J. TONEY** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) 922(g)

Michael Hall
Name

by **REDACTED SIGNATURE**
Signature of Issuing Officer

Bail Fixed at $ TO BE DETERMINED

Clerk
Title of Issuing Officer

September 19, 2002 at Anchorage, AK
Date and Location

by HARRY BRANSON

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE JAIL |
| DATE RECEIVED 9/19/02 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/7/02 | AFTF USMS | R. Snyder |