UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>WILLIAM JEROME TONEY. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 1/17/2003)<br>Case Number: 3:02-CR-00085-01-JKS<br>Richard Curtner<br>Defendant's Attorney |

Defendant's probation officer filed a petition on __5/14/2007__ accusing defendant of _4_ violations of the conditions of supervision provided in the original judgment. Defendant __ADMITTED allegations 1-4 of the Amended of the Petition to Revoke Supervised Release (Dkt 64)__. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Committed Another State Crime | 2/09/2007 | B |
| 2 | Mandatory | Committed Another State Crime | 2/09/2007 | C |
| 3 | Mandatory | Possessed Other Dangerous Weapon | 7/01/2006 | C |
| 4 | Mandatory | Tested Positive For Cocaine | 7/03/2006 | C |

The court finds that the following accusations are not proved: __N/A__.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _3_ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 17, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

05/18/2007
Date

AO245.REV

Defendant: WILLIAM JEROME TONEY  Amended Judgment--Page 2 of 3
Case No.:  3:02-CR-00085-01-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __24 months with no supervised release to follow and to be served consecutively to State case 3AN-06-6913CR__.

[_]   The court makes the following recommendations to the Bureau of Prisons:


[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
              a.m.
      [_]  at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_]  before 2 p.m. on _____.
      [_]  as notified by the United States Marshal.
      [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                    _____
                                    United States Marshal

                                    By _____
                                       Deputy Marshal

AO245.REV

Defendant: WILLIAM JEROME TONEY　　　　　　Amended Judgment--Page 3 of 3
Case No.:  3:02-CR-00085-01-JKS

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

**No term of supervised release to follow.**

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV