# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED MAY 2 4 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02-0085 CR (JKS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| William J. Toney ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest William J. Toney and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

07/06/06
Date

ORIGINAL

2006 JUL -6 PM 12:10 RECEIVED U.S. MARSHAL SERVICE ALASKA

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| SERVED ON WRIT   ANCHORAGE, AK | | |
| Date Received: 7/6/06 | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 3/27/07 | USMS | R. Snyder |