**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:02-cr-00085-JKS |
| WILLIAM TONEY, ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ) | |
| _____ ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

    We command that you have the body of WILLIAM TONEY, by you imprisoned and detained as it is said, at Anchorage Correctional Center EAST, Anchorage, Alaska, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance, and other proceedings as the Court

may desire, thereafter and as necessary in <u>United States of America v. William Toney</u>, Case No. 3:02-cr-00085-JKS, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 22nd day of March, 2007.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: Signature Redacted
DEPUTY CLERK

**U.S. MARSHALS RETURN**

I hereby certify and return that WILLIAM TONEY was transported from ACC-W to COURT on 3/27/07 as ordered by the court.

Randy M. Johnson
U.S. MARSHAL
By: K. Swift
Deputy U.S. Marshal
CRIM CLERK