NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 fax
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM J. TONEY,<br><br>　　　　　　Defendant. | No. 3:02-cr-00085-JKS<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

　　　　COMES NOW the United States Attorney's Office, by and through Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

　　　　All further pleadings and correspondence, etc. shall be sent to Frank V. Russo at the following address:

　　　Frank V. Russo
　　　Assistant U.S. Attorney
　　　222 West 7th Avenue, Room 253, #9
　　　Anchorage, AK  99513-7567
　　　(907) 271-5071

Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED on this 5th day of October, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Frank V. Russo
>FRANK V. RUSSO
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue #9, Room 253
>Anchorage, Alaska  99513
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: frank.russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on October 5, 2007, via:

    (X) Electronic filing

Rich Curtner
Federal Public Defender

Executed at Anchorage, Alaska, on October 5, 2007.

s/ Frank V. Russo
Office of the U.S. Attorney