NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 fax
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>WILLIAM J. TONEY,                          )<br>                                                          )<br>                          Defendant.     )<br>                                                          ) | No. 3:02-cr-00085-JKS<br><br>**NOTICE TO<br>DISCONTINUE<br>ELECTRONIC SERVICE** |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on John J. Novak, Assistant U.S. Attorney.  Assistant U.S. Attorney Frank V. Russo, is the lead attorney in this matter.

RESPECTFULLY SUBMITTED on this 5th day of October, 2007, in Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/Frank V. Russo
          FRANK V. RUSSO
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue #9, Room 253
          Anchorage, Alaska  99513
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          Email: frank.russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on October 5, 2007, via:

      (X) Electronic filing

Rich Curtner
Federal Public Defender

Executed at Anchorage, Alaska, on October 5, 2007.

s/ Frank V. Russo
Office of the U.S. Attorney